**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ronald Timothy STEWART, Defendant–Appellant.**

No. 01–7573.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 21, 2002.

Decided March 4, 2002.

Ronald Timothy Stewart, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Ronald Timothy Stewart seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny Stewart's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Stewart,* Nos. CR–93–41–F; CA–00–794–F (E.D.N.C. Jan. 2, 2001; Feb. 13, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*